MARBURY v. STONE. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Isabella S. Marbury against Georgiana C. Stone. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 184.

MARCELLUS v. MARCELLUS' ESTATE. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) In the matter of the claim of Richard Marcellus against the estate of John N. Marcellus, deceased. No opinion. Decree of the surrogate affirmed, with costs.

MARGULIES v. DAMROSCH. (Supreme Court, Appellate Division, First Department. January 21, 1898.) Action by Leon Margulies against Walter Damrosch. No opinion. Motion denied, with $10 costs. See 48 N. Y. Supp. 936, 1109.

MARTIN, BING & CO., Respondent, v. BAUST, Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1898.) Action by Martin, Bing & Company against Louis Baust, Irving De Revere, Anson Husted, and Frank C. Husted. No opinion. Judgment affirmed, with costs. See 48 N. Y. Supp. 989.

MASON v. TIETIG. (City Court of New York, General Term. February 23, 1898.) Action by Frederick T. Mason against Frederick Tietig.

PER CURIAM. In view of the order entered on the 17th inst. on the appeal from the order directing a resettlement of the case on appeal, the appeal must be heard at the next general term. See 49 N. Y. Supp. 1000.

MATHERSON, Respondent, v. EDWARDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 18, 1898.) Action by Stephen Matherson against George W. Edwards and Henry Belden. No opinion. Application to resettle order granted. See 39 N. Y. Supp. 1128.

MENKE, Respondent, v. EDWARD J. H. TAMSEN, Sheriff, et al., Appellants. (City Court of New York, General Term. February 7, 1898.) Action by John Menke against Edward J. H. Tamsen, as sheriff, Louis S. Firetag, and Abraham Firetag. Aaron Morris, for appellant.

O'DWYER, J. Part of order appealed from reversed, with costs. See Uhlfelder v. Tamsen (City Ct. N. Y.) 40 N. Y. Supp. 372, Herzog v. Tamsen (decided at this term) 49 N. Y. Supp. 1015. FITZSIMONS, P. J., concurs.

MUTUAL LIFE INS. CO. OF NEW YORK, Appellant, v. BUSH et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action by the Mutual Life Insurance Company of New York against Robert W. Bush and others. No opinion. Order affirmed, with $10 costs and disbursements.

MUTUAL LIFE INS. CO. OF NEW YORK, Appellant, v. BRYNE et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action by the Mutual Life Insurance Company of New York against John Bryne and others. No opinion. Order affirmed, with $10 costs and disbursements.

MUTUAL LIFE INS. CO. OF NEW YORK, Appellant, v. LAKE ST. BLDG. ASS'N et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action by the Mutual Life Insurance Company of New York against the Lake Street Building Association, and others. No opinion. Order affirmed, with $10 costs and disbursements.

MUTUAL LIFE INS. CO., Respondent, v. LOW et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1898.) Action by the Mutual Life Insurance Company against Clara A. Low and others and John F. Nelson. No opinion. Order reversed, and motion for resale in separate parcels granted, upon appellant, within 10 days, giving a bond with sufficient sureties, in the sum of $3,500, that on a resale the entire property shall produce as much as previously bid, with interest; and, in default of complying with such condition, motion denied. If the plaintiff elects to pay off the appellant's lien, with interest, then the appellant must assign such lien to the plaintiff, and upon such tender being made by the plaintiff the motion for resale is denied. No costs of this appeal to either party.

MUTUAL LIFE INS. CO. OF NEW YORK, Appellant, v. ROBINSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action by the Mutual Life Insurance Company of New York against David C Robinson and others. No opinion. Order affirmed, with $10 costs and disbursements. See 49 N. Y. Supp. 887.

NATIONAL WALL-PAPER CO., Appellant, v. HOBBS, Respondent. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by the National Wall-Paper Company against Robert F. Hobbs. L. Marshall, for appellant. C. L. Kingsley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re NEAFIE. (Supreme Court, Appellate Division, First Department. January 14, 1898.) In the matter of Mary E. Neafie, deceased. G. A. Sterns, for ————. J. Fettretch, for ————. No opinion. Decree affirmed, upon the authority of In re Beck, 6 App. Div. 211, 39 N. Y. Supp. 810, with costs to be paid by the appellant personally.

NEW YORK STATE CONVENTION OF UNIVERSALISTS, Respondents, v. MACY et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action by the New York State Convention of Universalists against Harriet J. Macy and others. No opinion. Judgment affirmed, with costs.